UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SCHAFFER DAVIS,

        Plaintiff,

v.                                         Case No. 19-C-878

SCHNEIDER NATIONAL CARRIERS INC.,

        Defendant.

---

## ORDER

---

On June 14, 2019, Plaintiff Schaffer Davis filed a *pro se* complaint, asserting that Defendant Schneider National Carriers Inc. discriminated and retaliated against him in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, when it denied his job application for an over-the-road driving position. The court dismissed the complaint without prejudice for failing to state a claim upon which relief can be granted and granted leave to file an amended complaint by July 19, 2019. Plaintiff has not filed an amended complaint in this case. In light of Plaintiff's failure to do so, this case is dismissed. The Clerk of Court is directed to enter judgment accordingly.

**SO ORDERED** this  23rd  day of July, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court